**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-1336**
_____

JOSE NELSON RIOS-GUEVARA,

        Petitioner,

     v.

ERIC H. HOLDER, JR., Attorney General,

        Respondent.

_____

**No. 09-1337**
_____

N.W.R., by his father/legal guardian,

        Petitioner,

     v.

ERIC H. HOLDER, JR., Attorney General,

        Respondent.

_____

On Petitions for Review of an Order of the Board of Immigration
Appeals.

_____

Submitted:  October 30, 2009      Decided:  December 17, 2009

_____

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

_____

Petitions dismissed by unpublished per curiam opinion.

Jose Nelson Rios-Guevara, N.W.R., Petitioners Pro Se. Tyrone Sojourner, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Nelson Rios-Guevara and his minor son, N.W.R., both natives and citizens of El Salvador, seek review of an order of the Board of Immigration Appeals denying relief from removal. We have reviewed the administrative record and found that the petitions for review were not timely filed. See 8 U.S.C. § 1252(b)(1) (2006). Accordingly, we dismiss the petitions for lack of jurisdiction. See Stone v. INS, 514 U.S. 386, 405 (1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITIONS DISMISSED